## HOYT *v.* SHELP.

*N. Y. City Court, Special Term ; November*, 1887.

The rule allowing a party to serve an answer in lieu of a demurrer as an amended pleading,—reiterated.

Motion for judgment on demurrer as frivolous.

*S. A. & D. J. Noyes*, for the plaintiff, and the motion, cited Smith *v.* Laird, 44 *Hun*, 530.

*Paddock & Cannon*, for the defendant, opposed.

BROWNE, J.—This court has held that a party may amend his pleadings after service of a demurrer.  Having done this within the time provided by law, the defendant's practice is regular.  The demurrer is superseded by the service of the answer.

Motion denied ; no costs.